UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

GENE SMITH,

Petitioner,

v.

CONSTANCE REESE, Warden,
Federal Medical Center, Rochester,
JANET RENO, Attorney General, et al.,

Respondents.

Civil No. 00-2471 (ADM/JMM)

ORDER

On November 7, 2000, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being confined at the Federal Medical Center in Rochester, Minnesota, in violation of federal law and the Constitution.

The Respondent is directed to make a return in writing on or before December 4, 2000, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to substantiate the lawfulness and expected duration of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of statutory requirements and other pertinent authority;

FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if a written return is not filed by December 4, 2000, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the parties shall await the further order of this Court.

Dated: November 13, 2000.

JOHN M. MASON
United States Magistrate Judge