UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GENE SMITH,

CIVIL NO. 00-2471 (ADM/JMM)

Petitioner,

v.

ORDER

CONSTANCE C. REESE and
JANET RENO, A.G.,

Respondents.

The above matter is before the undersigned upon Respondents' Motion for Extension of Time to Respond to Petitioner's Habeas Corpus Petition. [Docket No. 4]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Respondents' Motion for Extension of Time to Respond to Petitioner's Habeas Corpus Petition [Docket No. 4] is granted. Respondents are directed to make a return in writing on or before **December 21, 2000** showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason for not granting the writ.

Dated: December 5, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 06 2000