# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gene Smith

Case No. Civil 00-2471 ADM/JMM

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Constance Reese as Warden and
Janet Reno, as Attorney General

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the R&R is adopted in its entirety. The Petition for writ of habeas corpus is denied and the Petition is dismissed with prejudice.

DATE: May 17, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk